THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GENE DRUNGOLE, Defendant-Appellant.

(No. 58957;

First District (1st Division)— December 3, 1973.

140

PER CURIAM.

GOLDBERG, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Martin Carlson, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Sharon Hope Grossman, Assistant State's Attorneys, of counsel), for the People.